UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MATA-ZUNIGA, <br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 1:16-cv-003 <br> (Criminal No. 1:14-cr-962-1) |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that Mata-Zuniga's § 2255 Motion (Dkt. No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

Signed on this ___16th___ day of ___February___, 2016.

United States District Court
Southern District of Texas
FILED

FEB 1 6 2016

David J. Bradley, Clerk of Court

Rolando Olvera
United States District Judge